**Federico REMORIN, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

**No. 2009–3057.**

United States Court of Appeals, Federal Circuit.

March 20, 2009.

ON MOTION

*ORDER*

The court treats Federico Remorin's submission of his informal brief as a motion for reconsideration of the court's or-

der dismissing his appeal for failure to file a brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted, the mandate is recalled, the dismissal order is vacated, and the appeal is reinstated. The respondent should calculate its brief due date from the date of filing of this order.